**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
**EILEEN CONNELL**,

                        Plaintiff,

    -against-                                    20 **CIVIL** 1864 (LLS)

**JUDGMENT**

**KEVIN C. JOHNSON and NEOGENOMICS, INC.**,

                        Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated May 27, 2020, Defendants' motion to dismiss the complaint (Dkt. No. 7) is granted.

  **Dated:**  New York, New
             May 27, 2020

                                           **RUBY J. KRAJICK**
                                           _____
                                           Clerk of Court
                        **BY:**
                                           _____
                                           Deputy Clerk